Form: ICB-19001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| --- |
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 |



Order Filed on January 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 17-20772 (JNP) |
| --- | --- |
| Jennifer S. Chinnici | Hearing Date: 01/17/2018 |
| | Judge:    Jerrold N. Poslusny Jr. |
| Debtor(s) | |

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby **ORDERED**.

**DATED: January 18, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Jennifer S. Chinnici
Case No.: 17-20772 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 12/16/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $135.00 **for a period of 53 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $945.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Debtor: Jennifer S. Chinnici
Case No.: 17-20772 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Shellpoint Mortgage Servicing will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Shellpoint Mortgage Servicing on account of pre-petition arrears set forth in the proof of claim dated July 12, 2017. total plan length of 60 months.