| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2 | Order Filed on July 16, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jennifer S. Chinnici | Case No. 17-20772-JNP<br>Hearing: July 16, 2019<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER VACATING AUTOMATIC
## STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: July 16, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Jennifer S. Chinnici
Case No:  17-20772-JNP
Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*1023 Hamilton Dr., Vineland, NJ 08360*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

Nothing in this Order shall prevent the Movant from discussing loss mitigation and/or loan modification options with the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20772-JNP
Jennifer S. Chinnici                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 16, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
db            +Jennifer S. Chinnici,    1023 Hamilton Dr,    Vineland, NJ 08360-3218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY2 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-HY2 bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY2
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Matthew  Siti    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY2 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-HY2 msiti@leopoldassociates.com,
               kmcculloughday@leopoldassociates.com;mmorais@leopoldassociates.com;jmilanese@leopoldassociates.co
               m;sleopold@leopoldassociates.com
              Matthew  Siti    on behalf of Creditor    Shellpoint Mortgage Servicing, as servicer for The Bank
               of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the
               CWALT, Inc., Alternative Loan Trust 2007-HY2, Mortga msiti@leopoldassociates.com,
               kmcculloughday@leopoldassociates.com;mmorais@leopoldassociates.com;jmilanese@leopoldassociates.co
               m;sleopold@leopoldassociates.com
              Seymour  Wasserstrum    on behalf of Debtor Jennifer S. Chinnici mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8