Certificate Number: 02470-NJ-DE-036807170

Bankruptcy Case Number: 17-20772



02470-NJ-DE-036807170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2022</u>, at <u>12:09</u> o'clock <u>PM EDT</u>, <u>Jennifer S Chinnici</u> completed a course on personal financial management given <u>by internet</u> by <u>Isabel C. Balboa, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>September 4, 2022</u>                By:   <u>/s/Kathy Mills</u>

Name:   <u>Kathy Mills</u>

Title:   <u>TENS Instructor</u>